Entered on Docket
March 30, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: March 30, 2009**



_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ELEPHANT PHARMACY, INC.,
and related cases

         Debtors.
_____/

No. 09-41019 TT
No. 09-41021 TT
No. 09-42024 TT
Chapter 7

**MEMORANDUM RE PROPOSED SALE OF ASSETS FREE AND CLEAR OF LIENS**

    The Court has reviewed the motion seeking an order authorizing the sale of estate assets free and clear of certain liens and other interests filed by the chapter 7 trustee in the above-captioned cases (the "Trustee"). The Court has noted certain problems with the motion. Since the hearing is scheduled on shortened time, the Court assumes that time is of the essence and wishes to alert the Trustee to these problems in advance of the hearing.

    The Court notes that the Trustee seeks approval of the buyer as a good faith purchaser pursuant to 11 U.S.C. § 363(m). Such a finding can only be made if supporting evidence is provided. Customarily, declarations to support such a finding are submitted by both the seller and the buyer. If someone other than the stalking

horse buyer is the successful bidder, the declaration can be submitted later, when the proposed order is submitted.

The motion asks the Court to make a ruling that the sale is free and clear of successor liability claims. While the Court agrees that such claims are unlikely to be successful when assets are sold through a bankruptcy, the Court does not believe it has jurisdiction to make such a ruling, among other reasons, because there is no case or controversy before the Court on this issue. The rationale for this conclusion is identical to the rationale for not approving sales free and clear of unknown liens which are not being asserted and the holders of which have not received notice of the proposed sale.

END OF DOCUMENT

COURT SERVICE LIST

Jeremy W. Katz
Pinnacle Law Group
425 California St. #1800
San Francisco, CA 94104

Merle C. Meyers
Meyers Law Group, PC
44 Montgomery St. #1010
San Francisco, CA 94104